PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date

# United States District Court
## For The
## District of New Jersey

UNITED STATES OF AMERICA

V.

Matthew Kirnan

Crim. No.  CR-03-413-01

On October 212, 2003, the above named was placed on probation for a period of three (3) years. The probationer has complied with the rules and regulations of probation and is no longer in need of community supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

U.S. Probation Officer, Supervising  
Mark Hengemuhle

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this _____7_____ Day of ___December___, 2005.

Honorable  
United States District Judge